UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **RAYMOND ATCHOGLO,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**AIR WISCONSIN AIRLINES CORPORATION,**<br><br>    **Defendant.** | Case No. 1:14-cv-00013 |

### ROSEBORO V. GARRISON WARNING

Air Wisconsin Airlines Corporation ("Air Wisconsin"), by and through undersigned counsel, hereby submits this warning consistent with the requirements of Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), and Local Civil Rule 7(K) of the Local Rules of the U.S. District Court for the Eastern District of Virginia.

(1)  Plaintiff Raymond Atchoglo is entitled to file a response opposing Air Wisconsin's Motion to Dismiss Plaintiff's Complaint, and such response must be filed within twenty-one (21) days of the date Air Wisconsin filed its Motion to Dismiss Plaintiff's Complaint; and

(2)  The Court could dismiss the action on the basis of the papers filed by Defendant Air Wisconsin if Plaintiff does not file a response; and

(3)  Plaintiff must identify all facts stated by Air Wisconsin with which Plaintiff disagrees and must set forth Plaintiff's version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

(4) Plaintiff is entitled to file a legal brief in opposition to the one filed by Air Wisconsin, and provide a copy of the brief to counsel for Air Wisconsin.

Dated: February 21, 2014

/s/ Sherron Thomas McClain
Sherron Thomas McClain (Va. Bar No 72285 )
smcclain@littler.com
Alison N. Davis (*pro hac vice pending*)
andavis@littler.com
LITTLER MENDELSON, P.C.
1150 17th Street N.W.
Suite 900
Washington, DC  20036
202.842.3400 (telephone)
202.842.0011 (facsimile)

Counsel for Defendant
Air Wisconsin Airlines Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2014, a copy of the foregoing <u>Roseboro v. Garrison</u> Warning with the Clerk of the Court using the CM/ECF system, and sent by overnight delivery, for deliver on February 24, 2014, a copy of the foregoing <u>Roseboro v. Garrison</u> Warning to the following non-filing user:

    Raymond Atchoglo
    5718 3rd Street, NW
    Washington, DC 20011

    *Plaintiff, pro se*

    /s/ Sherron Thomas McClain
    Sherron Thomas McClain (Va. Bar No. 72285)
    smcclain@littler.com
    Alison N. Davis (*pro hac vice pending*)
    andavis@littler.com
    LITTLER MENDELSON, P.C.
    1150 17th Street N.W.
    Suite 900
    Washington, DC  20036
    202.842.3400 (telephone)
    202.842.0011 (facsimile)

Firmwide:125590274.1 060689.1034