FILED
MAR 27 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RAYMOND ATCHOGLO, )
)
Plaintiff, )
)
v. ) 1:14cv13 (LMB/TCB)
)
AIR WISCONSIN AIRLINES )
CORPORATION, )
)
Defendant. )

### ORDER

For the reasons stated in open court, defendant's Motion to Dismiss Plaintiff's Complaint [Dkt. No. 6] is GRANTED, and it is hereby

ORDERED that plaintiff's Complaint [Dkt. No. 1] be and is DISMISSED.

The Clerk is directed to enter judgment in favor of defendant pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to counsel of record and pro se plaintiff at his address of record.

Entered this 27th day of March, 2014.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge